THOMAS A. RICHARDS, Respondent, v. FREDERICK G. PHIPPS, as Treasurer of

EUREKA LODGE, No. 8152, G. U. O. OF ODD FELLOWS, an Unincorporated Membership Association, Appellant, and Others.— Order affirmed, with ten dollars costs. No opinion.　Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.